**CJA 23**
Rev 5/98

# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES  ☐ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)

IN THE CASE OF:
USA v.s. Walder Francisco De Oliveira
FOR: _____
AT: _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name)

1. Defendant—Adult
2. Defendant - Juvenile
3. Appellant
4. Probation Violator
5. Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate: _____
District Court: 04-10016-NG
Court of Appeals: _____

CHARGE/OFFENSE (describe if applicable & check box →)  ☒ Felony   ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed?  ☐ Yes  ☒ No  ☐ Am Self-Employed
Name and address of employer: _____
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment. How much did you earn per month? $ _____
If married is your Spouse employed?  ☐ Yes  ☒ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources?  ☐ Yes  ☒ No
RECEIVED    SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ _____

**CASH**
Have you any cash on hand or money in savings or checking accounts?  ☐ Yes  ☐ No   IF YES, state total amount $ _____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☐ Yes  ☒ No
VALUE    DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT _____

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☐ MARRIED
☐ WIDOWED
☒ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them:
Aaron Charles DeOliveira
Matthew Joseph DeOliveira
Benjamin Francisco DeOliveira

**OBLIGATIONS & DEBTS**

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ [signature]