AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

v.

Waldir Francisco Deoliveira

**WARRANT FOR ARREST**

CASE NUMBER: 04-10016 NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest       Waldir Francisco Deoliveira
                                                                   Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
Mail fraud and Impersonating a Federal Official

in violation of
Title   18   United States Code, Section(s)  1341 and 912

Name of Issuing Officer

Signature of Issuing Officer

Title of Issuing Officer

JAN 2 1 2004

Date and Location HON. ROBERT B. COLLINGS
UNITED STATES MAGISTRATE JUDGE
United States District Court
United States Courthouse, - Suite 6420
1 Courthouse Way
Boston, MA 02210

Bail fixed at $ _____   by _____
                                  Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER DOJ - Homeland Security WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/9/04 | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.