UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal No. 04-10016-NG |
| ) | |
| WALDIR FRANCISCO DEOLIVEIRA ) | |

REPORT ON INITIAL STATUS CONFERENCE

      On April 1, 2004, the parties will appear before this Court for an Initial Status Conference. With regard to the following issues, the parties represent that:

1. Unusual or complex issues presented requiring early joint conference of District Judge and Magistrate Judge with attorneys:

    For the government: None
    For the defense: None

2. Features of case that deserve special attention or modification of the standard schedule:

    For the government: None at the moment
    For the defense:   None at the moment

3. Anticipated supplemental discovery:

    For the government:   None
    For the defense:       None

4. Discovery concerning expert witnesses pursuant to Fed. R. Crim. P. 16(a)(1)(E) & 16(b)(1)(C):

    For the government:   None
    For the defense:       None

5. Applicable periods of excludable delay under Speedy Trial Act:

      The parties agreed to exclude time from the date of the initial appearance/arraignment until March 8, 2004, the date discovery was due and provided.

6. Trial is not anticipated. Estimated duration of trial is seven days.

7. Other matters:

    For the government: None
    For the defense: None

8. A motion date pursuant to Fed. R. Crim. P. 12(c) has not yet been established, but defendant requests time to file a motion to suppress evidence.

| | |
|---|---|
| WALDIR FRANCISCO DEOLIVEIRA<br>By His Attorney | MICHAEL J. SULLIVAN<br>United States Attorney<br>By: |
| /s/ Stephen Weymouth<br>STEPHEN WEYMOUTH, Esq.<br>(617) 573-9598 | /s/ Seth P. Berman<br>SETH P. BERMAN<br>Assistant U.S. Attorney<br>(617) 748-3385 |