**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

|                              |     |                          |
|------------------------------|-----|--------------------------|
|                              | )   |                          |
| UNITED STATES OF AMERICA     | )   |                          |
|                              | )   |                          |
| v.                           | )   | Criminal No. 04-10016-NG |
|                              | )   |                          |
| WALDIR FRANCISCO DEOLIVEIRA  | )   |                          |
|                              | )   |                          |

**ASSENTED TO MOTION TO EXCLUDE TIME**

The United States, by and through its attorneys, United States Attorney Michael J.

Sullivan and Assistant United States Attorney Seth P. Berman, moves pursuant to 18 U.S.C.

§3161 (h)(8)(A), to exclude the period of time commencing on May 6, 2004 and ending on June

25, 2004.  As grounds therefor, the parties state that the defendant and his counsel need

additional time to determine whether a change of plea is an appropriate resolution of this case.

The defendant, by and through his attorney Stephen Weymouth, Esq., assents to this

motion.

WHEREFORE, the United States respectfully requests that pursuant to 18 U.S.C.

§3161(h)(8)(A) and §5(c)(1)(A) of Plan for Prompt Disposition of Criminal Cases of this Court,

that this Court find, based on the above, that the ends of justice served by granting the requested

exclusion outweigh the best interest of the public and the defendant in a speedy trial, and,

accordingly, exclude the above period in computing the time within which trial must commence

under 18 U.S.C. §3161.


                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

                                By:     /s/ Seth P. Berman
                                        SETH P. BERMAN
                                        Assistant U.S. Attorney

DATED: May 6, 2004

## CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the

foregoing document by depositing in the United States mail a copy of same in an envelope

bearing sufficient postage for delivery:


        Stephen J. Weymouth
        650 Atlantic Avenue
        Boston, MA 02110


This 6th day of May, 2004.


        /s/ Seth P. Berman
        SETH P. BERMAN
        ASSISTANT UNITED STATES ATTORNEY