UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -2 P 3: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. ) CASE NO.   04-CR-10016-NG
)
WALDIR DEOLIVEIRA )
)

**MOTION FOR HEARING CONCERNING MEDICAL TREATMENT OF DEFENDANT**

Now comes the attorney for Waldir DeOliveira and respectfully requests this Honorable Court to order the United States Marshall and the Plymouth County Sheriff to appear for a hearing to determine whether Mr. DeOliveira has been receiving the necessary and adequate medical treatment in connection with what appear to be serious medical symptoms and problems.

Counsel states that Mr. DeOliveira has been complaining about certain medical problems. He has complained that he has lost over 60 pounds since his incarceration. He has complained that one of his testicles is swollen to twice its normal size. (Counsel is only repeating the description of the size of the testicle given to him by his client). He has also complained that he has been bleeding.

Mr. DeOliveira states that the Plymouth County officials do not respond to his requests to see the facility doctor. Counsel has been in touch with Dennis Allen who is in the medical office at Plymouth. Mr. Allen has told me that the defendant has seen the doctor at Plymouth and that he has been seen at the Lemuel Shattuck Hospital. However, Mr. DeOliveira states that he has not been receiving treatment, and that he is not improving.

I contacted the United States Marshall's Office to raise this complaint. I have yet to receive a return phone call.

WHEREFORE, counsel for Mr. DeOliveira respectfully requests that the Court order the United States Marshall and the Plymouth County Sheriff to appear, along with Mr. DeOliveira, to discuss and review the medical treatment received by the defendant and to determine the adequacy of same.

    Respectfully Submitted
    WALDIR DEOLIVEIRA

    Stephen J. Weymouth
    65a Atlantic Avenue
    Boston, MA 02110
    (617) 573-9598
    BBO# 523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the Motion For Hearing Concerning Medical Treatment of Defendant was served upon Assistant United States Attorney, Seth Berman, by mail on June 2, 2004.

Stephen J. Weymouth

LAW OFFICE OF STEPHEN J. WEYMOUTH
65a ATLANTIC AVENUE
BOSTON, MA 02110
617-573-9598
Fax 617-367-1407

FILED
IN CLERKS OFFICE

2004 JUN -2  P 3:51

U.S. DISTRICT COURT
DISTRICT OF MASS.

June 2, 2004

HAND-DELIVERED

Clerk's Office
United States District Court
1 Courthouse Way
Boston, MA  02210

Re:  UNITED STATES v. WALDIR DEOLIVEIRA
     NO. 04-CR-10016-NG

Dear Sir/Madam:

Enclosed please a <u>Motion for Hearing Concerning Medical Treatment of Defendant</u> to be filed in the above entitled matter.  Kindly file same in the above referenced matter.

Thank you for your cooperation and assistance.

Very truly yours,

Stephen J. Weymouth