## *UNITED STATES DISTRICT COURT*
## *DISTRICT OF MASSACHUSETTS*

UNITED STATES OF AMERICA

    v.

WALDIR FRANCISCO DeOLIVEIRA

CR. NO. 04-10016-NG

### NOTICE

June 8, 2004

**BOWLER, Ch.U.S.M.J.**

PLEASE TAKE NOTICE that the above-entitled case has been scheduled for a **hearing on docket entry # 10 (Motion for Hearing Concerning Medical Treatment of Defendant)** at **2:45 p.m., Friday, June 18, 2004,** in courtroom # 25 on the 7th floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

/s/
**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

To:   ALL COUNSEL OF RECORD
**\*PLEASE NOTE: All persons entering the courthouse are required to show two forms of photo identification.**