26 Long Pond Rd.
Plymouth, MA 02360
May 28, '04

The Honorable Judge Bowler
1 Courthouse Way
Boston, MA 02210

04-10016-NG

Your Honor:

I hereby respectfully through this missive ask the court for the withdrawing of attorney Stephen J. Weymouth from my case immediately.

I am deeply disturbed because the court appointed counsel has been partial and noncomplaint. From the day Mr. Weymouth became my lawyer he has been deceiving me.

First, I spoke to him in my plain truthfulness that I want to enter a guilty plea but in basic character he tricked me out of it, what was against my will.

Second, I am very ill and in need of two surgeries. One in my swollen and infected testicle and the other a bleeding lump in my rectum that causes hemorrhage; politely I have also asked him to produce a bail hearing so I could go out and perform these surgeries. Again Mr. Weymouth with his convincing chant euphemism blocked my constitutional right and opportunity for a bail hearing by defrauding me. He told me that if I want this case settled right way, I need no bail hearing. As today I have no bail and my case is not settled as he promised nor I had my surgeries.

(1) →

Third, a month and a half ago when my weight loss reached forty pounds due to my illnesses and poor scant meals, I called Mr. Weymouth to get a court order to set me to a hospital. He completly ignored me with more worthless babblings. Instead of helping me to get to a court, he made two postponements and gave no reason nor brought me to the court. Now, after six months of incarceration my health is decaying further. I have reached the 65½ pounds mark of weight loss. I am very scary because I have no help and I am a diagnosed bakcius tuberculosis for the last fifteen years, (positive).

Finally, two days ago in my acute pain and concerned about my life I called Mr. Weymouth. Again in his unsincerety he promised to enter a motion to settle my case, adding that I should call him today May 28th. I did call him as scheduled and nothing was ready — there was only useless conversations coming from the other end of the receiver.

I have an appointment at the Shathuck Hospital that the county jail made for me but that is three months from now. I am starving. I am sick. I need professional medical help. Please, your honor I need your help.

I am,

[signature]

P.S. Waldir Francisco de Oliveira
37063 / DS-3 / 303