# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10016-NG

UNITED STATES OF AMERICA

v.

WALDIR FRANCISCO DEOLIVEIRA
a/k/a Enzo Delmonico
a/k/a Luis Carlos
a/k/a Louis Almeda
a/k/a Epitachio Pessoa
a/k/a Waldir Carlos

## *FINAL STATUS REPORT*

June 29, 2004

**BOWLER, Ch.U.S.M.J.**

The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

1. The Indictment in the above-entitled case, which charges the defendant with mail fraud, was returned on January 21, 2004;

2. The defendant was arraigned on the Indictment on February 9, 2004;

3. The defendant is in custody on the charges;

4. At the time of arraignment, the attorney for the government estimated that the government would call approximately eight to ten witnesses and that the trial would last approximately one to two weeks;

5. Defense counsel has indicated that the case will be resolved by way of a plea of guilty;

6. As of the date of this Final Status Report, time has been excluded through June 25, 2004;

7. This case is hereby returned to the district judge to whom this case is assigned.

                                                  /s/

**MARIANNE B. BOWLER**
Chief United States Magistrate Judge

Case 1:04-cr-10016-NG    Document 14    Filed 06/29/2004    Page 3 of 3