UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.            )<br>)<br>WALDIR DEOLIVEIRA        )<br>_____) | CASE NO.    04-CR-10016-NG |

## MOTION TO SET RULE 11 HEARING

Now comes Waldir DeOliveira and respectfully states that he wants to change his plea in this matter. Counsel for Mr. Deoliveira requests that this Court schedule a Rule 11 hearing.

WHEREFORE, counsel for Mr. DeOliveira respectfully requests that the Court schedule a Rule 11 hearing in this matter.

Respectfully Submitted
WALDIR DEOLIVEIRA

[s] Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598
BBO# 523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the Motion To Set Rule 11 Hearing was served upon Assistant United States Attorney, Seth Berman, by mail on October 19, 2004.

Stephen J. Weymouth