UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) CASE NO. 04-CR-10016-NG
)
WALDIR DEOLIVEIRA )
)

## MOTION FOR EXPEDITED PRESENTENCE REPORT

Now comes Waldir DeOliveira and respectfully requests this Court to order the Probation Department to conduct a Presentence Investigation and to submit a Presentence Report on an expedited basis in this matter.

Respectfully Submitted
WALDIR DEOLIVEIRA

[s] Stephen J. Weymouth
65a Atlantic Avenue
Boston, MA 02110
(617) 573-9598
BBO# 523680

## CERTIFICATE OF SERVICE

I, Stephen J. Weymouth, hereby certify that a true copy of the Motion For Expedited Presentence Report was served upon Assistant United States Attorney, Seth Berman, by mail on November 4, 2004.

Stephen J. Weymouth