UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-10016-NG

**UNITED STATES OF AMERICA**

**v.**

**WALDIR FRANCISCO DeOLIVEIRA**

**<u>ORDER OF VOLUNTARY DETENTION</u>**

**NOVEMBER 2, 2005**

**BOWLER, U.S.M.J.**

On November 2, 2005, defense counsel stated in open court
that his client would enter into a period of voluntary detention
without prejudice, pending a final revocation hearing scheduled
for November 21, 2005, at 2:30 p.m. before the Honorable Nancy
Gertner.

It is therefore **ORDERED** that the defendant be detained.
This court orders the defendant's detention subject to the
following conditions:

      (1)  The defendant be, and he hereby is, committed
to the custody of the Attorney General for confinement

in a corrections facility, separate, to the extent
practicable, from persons awaiting or serving sentences
or being held in custody pending appeal;

(2)  The defendant be afforded reasonable opportunity
for private consultation with his counsel; and

(3)  On Order of a court of the United States or on
request of an attorney for the government, the person
in charge of the corrections facility in which the
defendant is confined shall deliver the defendant to
an authorized Deputy U.S. Marshal for the purpose of
any appearance in connection with a court proceeding.

                    /s/ Marianne B. Bowler
                    **MARIANNE B. BOWLER**
                    United States Magistrate Judge