AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

FILED
IN CLERK'S OFFICE

2005 NOV -1  P 2: 42

U.S. DISTRICT COURT
DISTRICT OF MASS.

2005 OCT 13  P 2: 50

UNITED STATES OF AMERICA

V.

Waldir Francisco DeOliveira

**WARRANT FOR ARREST**

Case Number:  04CR10016-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Waldir Francisco DeOliveira__
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court   X Violation   ☐ Probation Violation Petition

charging him or her      (brief description of offense)

Violation of Conditions Supervised Release, see petition for details.

in violation of _____ United States Code, Section(s) _____

Maryellen Molloy                          Deputy Clerk
Name of Issuing Officer                   Title of Issuing Officer

_signature_                               10/13/05 Boston, MA
Signature of Issuing Officer              Date and Location

Bail fixed $ _____ by _____
                                 Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

at the USMO Boston, Mass

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-25-05 | Francis P. Dawson Jr | _signature_ |
| DATE OF ARREST | Deputy U.S. Marshal | |
| 11-1-05 | | |