1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | CR. NO. 04-10016-NG |
| VS. | ) | COURTROOM NO. 2 |
| WALDIR FRANCISCO DEOLIVEIRA | ) | 1 COURTHOUSE WAY |
| | | BOSTON, MA  02210 |

JUDGMENT AND FINDINGS OF FACT

NOVEMBER 21, 2005

4:39 P.M.

BEFORE THE HONORABLE NANCY GERTNER

UNITED STATES DISTRICT COURT JUDGE

VALERIE A. O'HARA

OFFICIAL COURT REPORTER

```
 1   A P P E A R A N C E S:

 2        United States Attorney's Office, by SETH BERMAN,
     ASSISTANT UNITED STATES ATTORNEY, One Courthouse Way,
 3   Suite 9200, Boston, Massachusetts  02210, for the United
     States;
 4
          STEPHEN J. WEYMOUTH, ESQ., 65A Atlantic Avenue, Boston,
 5   Massachusetts  02110, for the Defendant.

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1       THE COURT: So, Mr. Deoliver, will you please
2  stand. You've conceded that this was a violation, and, I,
3  therefore, find the violation. Under the circumstances,
4  you'll be committed to the custody of the Bureau of Prisons.
5  The recommendation is 30 months?
6       PROBATION OFFICER: No, your Honor, it's 90 days
7  or up to six months or until he has a viable residence and
8  employment that is acceptable to probation.
9       THE COURT: Ninety days?
10      PROBATION OFFICER: Or up to six months. If he
11 found a place that was acceptable to us tomorrow, he would
12 be all right.
13      THE COURT: But your recommendation, I have
14 imprisonment for time served?
15      PROBATION OFFICER: I'm sorry, yes, time served.
16      THE COURT: Coolidge House is a condition of
17 supervised release?
18      PROBATION OFFICER: Yes.
19      THE COURT: Which would then mean you would have
20 the ability to determine when he would be released, I
21 understand.
22      PROBATION OFFICER: Thank you, your Honor.
23      THE COURT: He will be in prison for a period of
24 time served and 30 months for supervised release. While
25 you're on supervised release, you're not to commit another

1  federal, state or local crime, refrain from the use of a
2  controlled substance.  You'll submit to periodic drug tests
3  thereafter and not to exceed 104 tests.
4        Wherever probation tells you to go, you go.
5  You're to comply with the standard conditions, and, in
6  addition, you're prohibited from possessing a firearm,
7  you're to pay the balance of the restitution, not incur
8  additional credit charges, provide probation with financial
9  information, participate again in a substance abuse program.
10 You're to use your true name, you're to cooperate in the
11 collection of DNA, which I assume has already happened.
12 You're to be admitted to the Coolidge House Community
13 Confinement Center for a minimum of 90 days or up to six
14 months until such time as you secure employment and
15 establish a viable residence deemed appropriate by
16 probation.
17        So, Coolidge House, as soon as there's a
18 Coolidge House bed, you'll go into it.  Coolidge House is a
19 community confinement, which means you have an opportunity
20 to go out during the day, get a job, secure a residence.
21 They will work with you there.  We visited, we know the
22 people there.  They'll work with you in terms of getting a
23 job and getting a residence.  Once a job is secured and a
24 residence is secured, you'll let your probation officer know
25 about that, and if they agree that your life has gotten back

1  on track, then they would recommend that you be released
2  from Coolidge House.
3                         - - - -
4
5
6  UNITED STATES DISTRICT COURT )
7  DISTRICT OF MASSACHUSETTS    )
8  CITY OF BOSTON               )
9
10       I, Valerie A. O'Hara, Registered Professional
11 Reporter, do hereby certify that the foregoing transcript
12 was recorded by me stenographically at the time and place
13 aforesaid in No. 04-10016-NG, In Re:  United States vs.
14 Waldir Francisco Deoliveira and thereafter by me reduced to
15 typewriting and is a true and accurate record of the
16 proceedings.
17                              _____
18                              VALERIE A. O'HARA
19                              REGISTERED PROFESSIONAL REPORTER
20
21
22
23
24
25