

Prob 12A
(7/93)

# United States District Court
## for the District of Massachusetts
### Report on Offender Under Supervision

**Name of Offender:** Waldir DeOliveira                           **Case Number:** 04-10016

**Name of Sentencing Judicial Officer:** The Honorable Nancy Gertner

**Date of Original Sentence:** 2/17/05

**Violation Of Supervised Release:** 11/21/05

**Original Offense:** Mail Fraud and False Personation of a United States Officer or Employee

**Original Sentence:** 21 Months of Imprisonment followed by 3 Years of Supervised Release

**Violation Sentence:** Time Served followed by 30 Months of Supervised Release

**Type of Supervision:** Supervised Release          **Date Original Supervision Commenced:** 8/25/05
                                                     **Date Supervision Commenced:** 11/21/05

---

As Your Honor may recall, Mr. DeOliveria appeared on November 21, 2005 for a violation of his supervised release. He was sentenced to time served followed by 30 months of supervised release with the same special conditions originally imposed by Your Honor with the following additional special condition:

> **The defendant is to be admitted to the Coolidge House Community Confinement Center for a minimum of 90 days and up to 6 months or until such time as employment is secured and the establishment of a viable residence deemed appropriate by the U.S. Probation Office.**

Mr. DeOliveira was placed in custody pending the placement into the Coolidge House by the Bureau of Prisons. On November 28, 2005, Mr. DeOliveira was brought to the U.S. Marshals for release to the Coolidge House. While processing, the U.S. Marshals discovered two outstanding warrants for Mr. DeOliveira, 2 Counts of Larceny More out of Charlestown District Court and a Fugitive From Justice charge in Utah.

I have contacted Mr. DeOliveira's attorney on the state charges and she is looking into the possibility the above cases out of Charlestown are related to his instant offense in our Court. These state charges are prior to our case and therefore he is not in violation. In regards to the outstanding warrant in Utah, Mr. DeOliveira stated to Stephen Weymouth, his attorney on the federal case, that this matter was resolved.

It is my understanding, from talking to all parties, Utah is very interested in acting on their outstanding warrant and bringing Mr. DeOliveria to Utah to answer to the charge there.

The cases in Charlestown District Court have been continued until 12/21/05 and Mr. DeOliviera is in Nashua Street Jail pending these matters.

Prob 12A                            - 2 -                          **Report on Offender**
                                                                    **Under Supervision**

**U.S. Probation Officer Action**:   We will keep Your Honor apprised of these matters.


Reviewed/Approved by:                              Respectfully submitted,

_____              By    _____
Julius Britto                                      Tracy J. Weisberg
Supervising U.S. Probation Officer                 U.S. Probation Officer Assistant
                                                   Date: December 14, 2005

[✓]  Approved
[ ]  Submit a Request for Modifying the Conditions or Term of Supervision
[ ]  Submit a Request for Warrant or Summons
[ ]  Other

                                             _____
                                             Signature of Judicial Officer

                                             _____
                                             12/21/05
                                             Date