Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Waldir Francisco DeOliveira          **Case Number:** 04-10016

**Name of Sentencing Judicial Officer:** Honorable Nancy Gertner

**Date of Original Sentence:** 2/17/05

**Original Offense:** Mail Fraud and False Personation of a United States Officer or Employee

**Original Sentence:** 21 Months of Imprisonment followed by 3 Years of Supervised Release

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 8/25/05

**Asst. U.S. Attorney:** Seth Berman          **Defense Attorney:** Stephen J. Weymouth

---

## PETITIONING THE COURT

[X]   To issue a warrant

Mr. DeOliveira has been supervised in the Southern District of Texas since the commencement of his supervised release. His probation officer, Kenneth W. Fulfer, U.S. Probation Officer, Southern District of Texas has requested that a warrant be issued. Officer Fulfer contacted this office with information that Mr. DeOliveira has not complied with the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| I | **Violation of Special Condition#2 :** *"The defendant is to participate in a program for substance abuse as directed by the U.S. Probation Office, which program may include testing, not to exceed 104 drug tests per year, to determine whether the defendant has reverted to the use of alcohol or drugs. The defendant shall be required to contribute to the costs of services for such treatment based on the ability to pay or availability of third party payment"* |

On September 2, 2005, Mr. DeOliveria was unsuccessfully terminated from the Directions of Recovery Residential Drug Treatment Program for failing to return to the facility. On September 2, 2005, Mr. DeOliveria was given a day pass so that he could search for employment, he failed to return to the facility and his current whereabouts are unknown.

Prob 12C                                  - 2 -                    **Petition and Affidavit for Warrant or Summons**
                                                                          **for Offender Under Supervision**

### U.S. Probation Officer Recommendation:

The term of supervision should be:
    [X]    Revoked

I declare under penalty of perjury that the foregoing is true and correct.

Reviewed/Approved by:    Respectfully submitted,

_____    _____
Jonathan Hurtig    Tracy J. Weisberg
Supervising U.S. Probation Officer    U.S. Probation Officer
    Date: October 6, 2005

---

### THE COURT ORDERS
[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

10/05/05
Date