



# M E M O R A N D U M

**To:**  Honorable Nancy Gertner
U.S. District Judge

**From:**  Lisa M. Paiva
U.S. Probation Officer

**Re:**  DEOLIVEIRA, Waldir Dkt. No. 04 CR 10016-001

**Restitution Payment Schedule**

**Date:**  June 6, 2006

This memorandum serves as notification of a restitution payment schedule established by the Probation Department in accordance with the Administrative Office Monograph 114.

It is the responsibility of the supervising probation officer to notify the Court of an agreed-upon payment schedule, thus making a reasonable payment schedule set by the Court. The schedule is based upon the defendant's ability to pay at the time it is formulated. Periodic reviews of the supervised releasee's financial situation will be made in order to determine whether the schedule shall be changed. In the event any changes are made, the Court will be so advised.

The above-supervisee has agreed to pay his court-ordered **Special Assessment of $600.00 and Restitution of $48,500.00** in monthly installments of **10% of his gross monthly income**. He began making payments in May 2006.

If Your Honor concurs with this payment schedule, please advise by signing below.

Reviewed & Approved by:

*/s/ Julius H. Britto*
Julius H. Britto
Supervising U.S. Probation Officer

---

Payment Schedule Is Approved:

*/s/ Nancy Gertner*         6/9/06
Honorable Nancy Gertner     Date
U.S. District Judge