```
                           U.S. District Court
                 FLS - Southern District of Florida Miami

                   CRIMINAL DOCKET FOR CASE #: 06-M -3050
```

USA v. Deoliveira                                              Filed: 09/22/06
Assigned to: Robert L. Dube


Dkt # in other court: None

                                                        04cr10016NG

WALDIR FRANCISCO DEOLIVEIRA          Public Defender
(1) , DOB: 11/02/55, Prisoner        FTS 536-4559
No. 09945-081 English language       305-530-7000
      defendant                      [COR LD NTC pda]
                                     Federal Public Defender's
                                     Office
                                     150 W Flagler Street
                                     Miami, FL 33130-1556
                                     305-530-7000

Pending Counts:

   NONE

Terminated Counts:

   NONE

Complaints:

   NONE

U. S. Attorneys:

   NONE

--------------------------------

09/21/06      1         REPORT Commencing Criminal Action as to Waldir Francisco
                        Deoliveira  DOB: 11/02/55  Prisoner # 09945-081 (pf)
                        [Entry date 09/25/06]

09/22/06      2         as to Waldir Francisco Deoliveira Copy of warrant from the
                        District of Massachusetts (pf) [Entry date 09/25/06]

09/22/06      3         ORDER on Initial Appearance as to Waldir Francisco
                        Deoliveira Bond set to NO Bond for Waldir Francisco
                        Deoliveira., for Appointment of Public Defender, , (
                        Signed by Magistrate Ted E. Bandstra  on 9/22/06)  Tape #
                        06H75-432 CCAP (pf) [Entry date 09/25/06]

09/22/06      4         WAIVER of Rule 40 Hearings by Waldir Francisco Deoliveira
                        (pf) [Entry date 09/25/06]

09/22/06      5         ORDER as to Waldir Francisco Deoliveira Warrant of Removal
                        ( Signed by Magistrate Judge Robert L. Dube on 9/22/06)
                        [EOD Date: 9/25/06]   Tape # 06H75-432 CCAP☐ (pf)
                        [Entry date 09/25/06]

09/25/06      6         DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
                        Waldir Francisco Deoliveira (pf) [Entry date 09/25/06]

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 06-3050-RLD

NIGHT BOX
FILED

SEP 2 2 2006

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

UNITED STATES OF AMERICA

　　　　Plaintiff,
v.

WALDIR FRANCISCO DEOLIVEIRA,

　　　　Defendant.
_____/

## DEFENDANT'S INVOCATION OF
## RIGHTS TO SILENCE AND COUNSEL

　　　　The Defendant named above does hereby invoke his rights to remain silent and to counsel with respect to any and all questioning or interrogation, regardless of the subject matter, including, but not limited to: matters that may bear on or relate to arrest, searches and seizures, bail, pretrial release or detention, evidence at trial, guilt or innocence, forfeitures; or that may be relevant to sentencing, enhanced punishments, factors applicable under the United States Sentencing Guidelines, restitution, immigration status or consequences resulting from arrest or conviction; appeals or other post-trial proceedings.

The Defendant requests that the United States Attorney ensure that this invocation of rights is honored, by forwarding a copy of it to all law enforcement agents, government officials, or employees associated with the investigation of any matters relating to the defendant. Any contact with the Defendant must be made through the defendant's lawyer, undersigned counsel.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Stewart G. Abrams
Assistant Federal Public Defender
Florida Bar No. 0371076
150 West Flagler Street, Suite 1500
Miami, Florida 33130-1556
Tel: 305-536-6900/Fax: 305-530-7120
E-mail: stewart_abrams@fd.org

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing instrument was mailed this 25th day of September, 2006, to the United States Attorney's Office, 99 N.E. 4th Street, Miami, Florida 33132.

_____
Stewart G. Abrams

N:\ABRAMS\FORMS\Mag-Court\DEOLIVEIRA\invocation.wpd

3

## FAX BACK SERVICE LIST

Stewart G. Abrams,
Assistant Federal Public Defender
150 West Flagler Street, Suite 1500
Miami, Florida 33130
Tel: (305) 536-6900
fax: (305) 530-7120
E-mail: stewart_abrams@fd.org
*Counsel for Defendant*


United States Attorney's Office
99 N.E. 4th Street
Miami, Florida 33132
Tel: (305) 961-9000
Fax: (305) 530-7976
*Counsel for the Government*

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 06-3050 DuBe'

FILED by _____ D.C.
MAG. SEC.
SEP - 22 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

v.                                      **WARRANT OF REMOVAL**

Waldir De Oliveira

    A(n) _____    Complaint

    _____    Indictment

    _____    Information

    __X__    Probation Violation Warrant

    _____    Bench Warrant

having been filed in the District of Massachusetts charging the above named defendant with Violation of Supervised Release

and the defendant having

    _____    surrendered

    __X__    been arrested

in the Southern District of Florida, having had an initial appearance before the Court and having:

    __X__    waived further hearing

    _____    been given a hearing in accordance with **Fed.R.Crim.P. 40**.

having not posted the bail as set by the Court, the defendant is hereby committed to the custody of the United States Marshal for removal to the District where the charge is pending and delivery to the United States Marshal for that District or his lawfully authorized representative.

**DONE AND ORDERED** at Miami, Florida this 22 day of SEPTEMBER, 2006.
TAPE NO.06H-JS-432

ROBERT L. DUBE'
**UNITED STATES MAGISTRATE JUDGE**

c: AUSA
   Defense
   Pretrial Services
   U.S. Marshal (2 certified copies)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. **06-3050 DuBe**

FILED by _____ D.C.
MAG. SEC. 22
SEP -- 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

UNITED STATES OF AMERICA,

vs.                                    **WAIVER OF REMOVAL HEARING**

**Waldir Francisco de Oliveira**

I, **Waldir de Oliveira** charged in a proceeding pending in the _____ District of **Massachusetts** and having been arrested in the Southern District of Florida and taken before _____ **Robert Dube**, a United States Magistrate Judge for that district, who informed me of the charge and of my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned magistrate and consent to the issuance of a warrant/~~order~~ for my removal to the _____ District of **Massachusetts**, where the aforesaid charge is pending against me.

DONE and ORDERED at Miami, Florida this **22** day of **September** 200**6**.

_____
Witness

_____
**ROBERT L. DUBE**
UNITED STATES MAGISTRATE JUDGE

_____
Signature of Defendant



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. __06-3050-DUBE'__

UNITED STATES OF AMERICA

Plaintiff,

v.

WALDIR FRANCISCO DEOLIVEIRA,

DOB: 11/02/55  (J) #09945-081
    Defendant.
_____/

FILED by __ MAG. SEC. ____
SEP - -
CLARENCE M_
CLERK U.S. D_
S.D. OF FLA

## ORDER ON INITIAL APPEARANCE

AUSA __J. Dimitris__        Language __English__
Agent __USMS__              Tape No. __06H-__ 75-432

The above-named defendant having been arrested on __9/21/06__ having appeared before the court for initial appearance on __09/22/06__ and proceedings having been held in accordance with **Fed.R.Cr.P.** r. 5 or 40(a), it is thereupon
**ORDERED** as follows:

1. _____ appeared as permanent/temporary counsel of record.
   Address: _____
   Zip Code __APD__  Telephone: _____

2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____  Telephone: _____

3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _____, 2006.

4. Arraignment/Preliminary/Removal/Identity hearing is set for __10am__ __Waived__, 2006.

5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _____

A detention hearing, pursuant to 18 U.S.C. Section 3142(f), is set for __10am__ _____, 2006.

6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142: __Waived Bond - will request hearing in district__

This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:

<u>WALDIR FRANCISCO DEOLIVEIRA</u>

\_\_\_\_a. Surrender all passports and travel document to the Pretrial Services Office.
\_\_\_\_b. Report to Pretrial Services as follows:\_\_\_\_time(s) a week in person; \_\_\_\_time(s) a week by phone ;
    \_\_\_\_ as directed; <u>other</u>_____
\_\_\_\_c. Submit to random urine testing and/or treatment by Pretrial Services for the use of non-physician-prescribed
    substances prohibited by law.
\_\_\_\_d. Maintain or actively seek full time gainful employment.
\_\_\_e. Maintain or begin an educational program.
\_\_\_f. Avoid all contact with victims of or witnesses to the crimes charged.
\_\_\_g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
\_\_\_h. Comply with the following curfew: _____
\_\_\_i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
\_\_\_j. Comply with the following additional special conditions of this bond:

_____

This bond was set: At Arrest _____
                On Warrant _____
                After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forth herein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at <u>Miami, Florida</u> this \_\_\_<u>22nd</u>\_\_\_ day of <u>SEPTEMBER</u>, 2006.

**ROBERT L. DUBE'**
**UNITED STATES MAGISTRATE JUDGE**

c: Assistant U.S. Attorney
   Defense Counsel
   Pretrial Services/Probation

Prob12C
(MAO 2/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

FILED by _____ D.C.
MAG. SEC.
SEP -- 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. Miami

**Name of Offender:** Waldir DeOliveira                          **Case Number:** 1:04-CR-10016

**Name of Sentencing Judicial Officer:** The Honorable Nancy Gertner, United States District Judge

**Date of Original Sentence:** 2/17/05

**Date of Sentence on Violation:** 11/21/05

**Original Offense:** Mail Fraud, in violation of 18 U.S.C. § 1341; and False Personation of a United States Officer or Employee, in violation of 18 U.S.C. § 912

**Violation Offense:** Terminated from the Directions of Recovery Residential Drug Treatment Program

**Original Sentence:** 21 months, followed by 3 years supervised release

**Sentence on Violation:** Time Served followed by 30 months supervised release

**Type of Supervision:** Supervised Release           **Date Original Supervision Commenced:** 8/25/05
                                                      **Date Supervision Commenced:** 11/21/05

**Asst. U.S. Attorney:** Seth Berman                  **Defense Attorney:** Stephen J. Weymouth

---

## PETITIONING THE COURT

[X]  To issue a warrant
[ ]  To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1.          **Violation of Standard Condition No. 6:  The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.**

            On 6/20/06 Mr. DeOliveira's wife, Maria Mendes DeOliveira, reported that Mr.DeOliveira left the home on 6/12/06 and had not returned. She also reported that Mr. DeOliveira had made no attempt to contact her since 6/12/06.

            On 6/21/06 the U.S. Probation Office received a hand written letter from Mr. DeOliveira dated 6/13/06 indicating that he was in "New York City" and that he was planning on being there for "a good while." He provided no other information as to his whereabouts and he was not authorized by probation to travel outside of the state of Massachusetts. It is also noted that Mr. DeOliveira indicated in his letter that he will "not" be paying his restitution.

Prob 12C                                        - 2 -                    Petition and Affidavit for Warrant or Summons
                                                                                 for Offender Under Supervision

**U.S. Probation Officer Recommendation:**

    The term of supervision should be:
        [X]    Revoked
        [ ]    Extended for year(s), for a total term of years.

[ ]    The conditions of supervision should be modified as follows:


|  | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| Reviewed/Approved by: | Respectfully submitted, |
|  | By |
| _____ | _____ |
| Julius H. Britto | Lisa M. Paiva |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
|  | Date: 6/21/06 |

**THE COURT ORDERS**
[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

                                            _____
                                            Signature of Judicial Officer

                                            _____
                                            Date

 

SEP 22 2006
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

06-3050- DUBÉ

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff<br>-vs-<br>De Oliveira, Wildir<br>Defendant | CASE NUMBER: CR: 04-CR-10016-NG<br>REPORT COMMENCING CRIMINAL ACTION<br>09945-081<br>USMS NUMBER |

TO: CLERK'S OFFICE   (MIAMI)   FT. LAUDERDALE   W. PALM BEACH
U.S. DISTRICT COURT                (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARNACE IN MAGISTRATES COURT ABOVE.

---

COMPLETE ALL ITEMS. INFORMAION NOT APPLIOCABLE ENTER N/A.

(1) DATE AND TIME OF ARREST: 9/20/06   AM ___ PM (circled)

(2) LANGUAGE SPOKEN: ENG

(3) OFFENSE(S) CHARGED: Probation charge

(4) DATE OF BIRTH: 11/02/55

(5) TYPE OF CHARGING DOCUMENT:   (CHECK ONE)
{ } INDICTMENT   { } COMPLAINT TO BE FILED/ALREADY FILED
{ } BENCH WARRANT FOR FAILURE TO APPEAR
{ } PROBATION VIOLATION WARRANT
{ } PAROLE VIOLATION WARRANT
ORINGINATING DISTRICT: Massachusetts

(6) REMARKS: _____

(7) DATE: 9/20/06   (8) ARRESTING OFFICER: H. Alvarado

(9) AGENCY: USMS   (10) PHONE: 305-536-5677

(11) COMMENTS: _____

✍AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

WALDIR FRANCISCO DEOLIVEIRA    # 09945-081

**WARRANT FOR ARREST**

Case Number: 04-CR-10016-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest      **WALDIR FRANCISCO DEOLIVEIRA**
                                                                                             Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complain   ☐ Order of court   X Violation      ☐ Probation Violation

charging him or her    (brief description of offense)

Violation of Conditions of Supervised Release

in violation of      18      United States Code, Section(s)      3606

| Patti B. Saris, U.S.D.J.   by Robert C. Alba | Deputy Clerk |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | June 22, 2006, at Boston, Massachusetts |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____    by _____
                                                                               Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

** TOTAL P