AO 442   (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| WALDIR FRANCISCO DEOLIVEIRA | Case Number: 04-CR-10016-NG |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____WALDIR FRANCISCO DEOLIVEIRA_____
                                                                          Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☐ Complain  ☐ Order of court  X Violation  ☐ Probation Violation Petition

charging him or her       (brief description of offense)

Violation of Conditions of Supervised Release

in violation of ____18____ United States Code, Section(s) ____3606____

| | |
|---|---|
| Patti B. Saris, U.S.D.J.   by Robert C. Alba | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| _[signature]_ | June 22, 2006, at Boston, Massachusetts |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____  by _____
                                                                          Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant _____

WARRANT EXECUTED BY USMS Florida

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |