UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 04-10016-NG |
| WALDIR FRANCISCO DEOLIVEIRA | ) ) ) | |

## ASSENTED TO MOTION TO CONTINUE PROBATION REVOCATION HEARING

The United States, by and through its attorneys, United States Attorney Michael J. Sullivan and Assistant United States Attorney Seth P. Berman, moves to continue the Probation Revocation Hearing currently scheduled for October 27, 2006 to sometime on or after November 1, 2006. As grounds therefore, the government states that the attorney for the government will be out of the office on a previously scheduled appointment on October 27, 2006, and the attorney for the defendant will be on trial that day.

The defendant, by and through his attorney Syrie Fried, Esq., assents to this motion.

WHEREFORE, the United States respectfully requests that Court continue the Probation Revocation Hearing until on or after November 1, 2006.

                                                             Respectfully submitted,

                                                            MICHAEL J. SULLIVAN
                                                            United States Attorney

                                        By:    /s/ Seth P. Berman
                                                        SETH P. BERMAN
                                                        Assistant U.S. Attorney

DATED: October 17, 2006