Case 1:04-cr-10016-NG    Document 45 *SEALED*    Filed 12/27/2007    Page 1 of 1

AO 442    (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of     MASSACHUSETTS

UNITED STATES OF AMERICA

V.

**WARRANT FOR ARREST**

Case Number: 1:04-cr-10016-NG

Waldir DeOliveira

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Waldir DeOliveira
                                                                 Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court

☐ Pretrial Release    ☐ Probation    ☑ Supervised Release    ☐ Violation Notice
Violation Petition    Violation Petition    Violation

charging him or her with    (brief description of offense)

WARRA[NT]    4/6/08    USMS    /18
BY ARR[EST]
[O]FFEN[DER]

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☑ in violation of the conditions of his or her supervision imposed by the court.

| Nancy Gertner | /s/ NANCY GERTNER |
|---|---|
| Name of Issuing Officer | Signature of Issuing Officer |
| USDJ | 12/27/2007    1 Courthouse Way, Boston, MA |
| Title of Issuing Officer | Date and Location |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Stamp: REC'D U.S. MARSHAL SERVICE BOSTON, MA 2007 DEC 28 A 9:01