# UNITED STATES DISTRICT COURT
Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

April 11, 2008

Clerk, U.S. District Court
District of Massachusetts
John Joseph Moakley United States
Courthouse, Suite 2300
One Courthouse Way
Boston, MA 02210-3002

*04-CR-10016-NE*

Re:   08mj1079-RBB, USA v. Waldir DeOliveira

Dear Clerk of the Court:

   Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant:

|   |   |   |   |
|---|---|---|---|
| x | Docket Sheet | x | Warrant of Removal |
| x | Complaint |   | Order of Removal |
|   | Minute Order Appointing Counsel |   | Detention Order |
|   | Corporate Surety Bond | x | Waiver of Removal |
|   | Personal Surety Bond |   |   |
|   | Other |   |   |

   Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: s/L Odierno
      Deputy Clerk

CLOSED

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:08-mj-01079-RBB All Defendants
## Internal Use Only

Case title: USA v. DeOliveira

Date Filed: 04/07/2008
Date Terminated: 04/10/2008

Assigned to: Magistrate Judge Ruben B. Brooks

**Defendant**

**Waldir DeOliveira** (1)
*TERMINATED: 04/10/2008*

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 04/09/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Erick Guzman**
Federal Defenders
225 Broadway
Suite 900
San Diego, CA 92101
(619)234-8467
Email: erick_guzman@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: Public Defender or Community Defender Appointment

**Pending Counts**

None

**Disposition**

I hereby attest and certify on 4-11-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy

## Highest Offense Level (Opening)

None

## Terminated Counts

None

## Disposition

## Highest Offense Level (Terminated)

None

## Complaints

18:3583 - Violation of the conditions of his supervision imposed by the court

## Disposition

## Plaintiff

USA        represented by   **U S Attorney CR**
U S Attorneys Office Southern District of California
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
Designation: *Assistant United States Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/07/2008 | 1 | OUT OF DISTRICT COMPLAINT as to Waldir DeOliveira (1). (cap) (Entered: 04/08/2008) |
| 04/07/2008 | | Arrest of Waldir DeOliveira on 4/7/2008. (cap) (Entered: 04/08/2008) |
| 04/07/2008 | 2 | Minute Entry for proceedings held before Judge Ruben B. Brooks : Initial Appearance on out of district complaint in Rule 5(c)(3) Proceedings as to Waldir DeOliveira held on 4/7/2008. Federal Defenders appointed for Waldir DeOliveira. Bond set as to Waldir DeOliveira (1) No bail; Oral Motion for Detention by Government (Flight). Government's Oral Motion to unseal arrest warrant granted. Detention Hearing set for 4/10/2008 09:45 AM in Courtroom B before Magistrate Judge Ruben B. Brooks. |

| | | |
|---|---|---|
| | | Removal/ID Hearing set for 4/17/2008 09:00 AM in Courtroom B before Magistrate Judge Ruben B. Brooks. (Tape #RBB08:4:25-4:35).(Plaintiff Attorney Tara McGrath, AUSA).(Defendant Attorney Kris Kraus, FD-SA). (cap) (Entered: 04/08/2008) |
| 04/07/2008 | 3 | ORAL MOTION to Detain (Flight) by USA as to Waldir DeOliveira, as per [2] minute entry. (cap) (Entered: 04/08/2008) |
| 04/09/2008 | 4 | NOTICE OF ATTORNEY APPEARANCE: Erick Guzman appearing for Waldir DeOliveira (Attachments: # 1 Proof of Service)(Guzman, Erick) (jcj). (Entered: 04/09/2008) |
| 04/10/2008 | 5 | Minute Entry for proceedings held before Magistrate Judge Ruben B. Brooks : Detention Hearing not held as to Waldir DeOliveira on 4/10/2008. Motion for Detention - withdrawn. Deft waives Detention Hearing without prejudice. Order filed. Deft waives ID/Removal Hearing. Waiver of ID/Removal filed. Warrant of Removal submitted. Deft ordered removed F/W to District of Massachusetts. All pending dates - vacated. Waldir DeOliveira terminated. (Tape #RBB08-1:10:32-10:38.)(Plaintiff Attorney Michelle Pettit, AUSA).(Defendant Attorney Erik Guzman, FD). (knh) (Entered: 04/11/2008) |
| 04/10/2008 | 6 | ORDER OF DETENTION as to Waldir DeOliveira. Signed by Judge Ruben B. Brooks on 4/10/2008. (knh) (Entered: 04/11/2008) |
| 04/10/2008 | 7 | WAIVER of Rule 5 Hearings by Waldir DeOliveira (knh) (Entered: 04/11/2008) |
| 04/10/2008 | 8 | WARRANT of Removal to District of Massachusetts Issued as to Waldir DeOliveira. (removal letter sent) (lao) (Entered: 04/11/2008) |

# UNITED STATES DISTRICT COURT

08 APR -7 PM 3: 21

## SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER: **'08 MJ 1079**

The person charged as __DeOliveira, Waldir__ now appears before this United States District Court for an initial appearance as a result of the following charges having been filed in the United States District Court for the _____ District of __Massachusetts__ on __12/27/07__ with: __Title 18 USC 3583__ in violation of:

**Violation of the conditions of his supervision imposed by the court.**

The charging documents and the warrant for the arrest of the defendant which was issued by the above United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

DATED: __04/07/08__

_Steve Purinton_
CI -Deputy United States Marshal

Reviewed and Approved
DATE: 4/7/08
_____
Assistant United States Attorney

I hereby attest and certify on __4·11-08__
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

By_____Deputy

Case 1:04-cr-10016-NG   Document 48   Filed 04/17/2008   Page 6 of 16
Case 3:08-mj-01079-RBB   Document 1   Filed 04/07/2008   Page 2 of 5
Case 1:04-cr-10016-NG   Document 45 *SEALED*   Filed 12/27/2007   Page 1 of 1

AO 442 (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ MASSACHUSETTS _____

UNITED STATES OF AMERICA

V.

Waldir DeOliveira

**WARRANT FOR ARREST**

Case Number: 1:04-cr-10016-NG

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Waldir DeOliveira _____
                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☐ Order of court

☐ Pretrial Release    ☐ Probation            ☒ Supervised Release   ☐ Violation Notice
  Violation Petition    Violation Petition      Violation

charging him or her with (brief description of offense)

☐ in violation of Title _____ United States Code, Section(s) _____

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

| Nancy Gertner | /s/ NANCY GERTNER | |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| USDJ | 12/27/2007 | 1 Courthouse Way, Boston, MA |
| Title of Issuing Officer | Date and Location | |

**RETURN**

This warrant was received and executed with the arrest of the above-named individual at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Prob12C
DMA (3/2005)

# United States District Court
## for the District of Massachusetts
### Petition and Affidavit for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Waldir DeOliveira                **Case Number:** 1:04-CR-10016

**Name of Sentencing Judicial Officer:** The Honorable Nancy Gertner, United States District Judge

**Date of Original Sentence:** 2/17/05

**Date of Sentence on First Violation:** 11/21/05
**Date of Sentence on Second Violation:** 11/21/06

**Original Offense:** Mail Fraud, in violation of 18 U.S.C. § 1341; and False Personation of a United States Officer or Employee, in violation of 18 U.S.C. § 912

**Offense on First Violation:** Terminated from the Directions of Recovery Residential Drug Treatment Program
**Offense on Second Violation:** Failure to notify the probation officer at least 10 days prior to any change in residence or employment.

**Original Sentence:** 21 months' imprisonment followed by 3 years supervised release

**Sentence on First Violation:** Time Served followed by 30 months supervised release
**Sentence on Second Violation:** 11 months' imprisonment to be followed by 24 months supervised release

**Type of Supervision:** Supervised Release         **Date Original Supervision Commenced:** 8/25/05
                                                     **Date Supervision Commenced:** 11/21/05

**Asst. U.S. Attorney:** Seth Berman                 **Defense Attorney:** Syrie Fried, Federal Defender

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1.    **Violation of Standard Condition No. 2:** **The defendant shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**

      A. The probation officer mailed a letter to the defendant's Somerville residence instructing him to report to the probation department on 11/29/07 at 9am. The defendant failed to report as instructed and he failed to contact the probation officer.

      B. The probation officer mailed a letter to the defendant's Somerville residence

Prob 12C                              -2-                  Petition and Affidavit for Warrant or Summons
                                                                    for Offender Under Supervision

instructing him to report to the probation department on 12/6/07 at 9am. The defendant failed to report as instructed and he failed to contact the probation officer.

C. The defendant failed to submit a monthly supervision report for the month of November, 2007. As such, he has failed to notify the probation officer of his current address or his current form of employment.

II.   **Violation of Standard Condition No.2: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

A. The probation officer left a voicemail message on the defendant's cellular phone instructing him to call the probation officer on 11/15/07 to discuss the current status of his residence and employment. The defendant failed to call the probation officer.

B. The probation officer left two voicemail messages on the defendant's cellular phone instructing him to call the probation officer on 12/11/07 to discuss the current status of his residence and employment. The defendant failed to call the probation officer.

III.  **Violation of Standard Condition No. 5: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons.**

The defendant reported to the probation officer that he was employed by Short Stop Delivery Company, delivering bread for owner Jorge Vinha. The probation officer contacted Mr. Vinha on 12/20/07, and he stated that he never hired the defendant. As such, the status of the defendant's employment is unknown to the probation department.

IV.   **Violation of Standard Condition No. 6: The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.**

A. The probation officer's last contact with the defendant at his residence was on 9/27/07. Since that date, the probation officer's attempts to reach the defendant at his Somerville residence have been unsuccessful. At this time, his whereabouts are unknown to the probation officer.

Prob 12C      - 3 -     **Petition and Affidavit for Warrant or Summons for Offender Under Supervision**

**U.S. Probation Officer Recommendation:**

The term of supervision should be:
[X] Revoked
[ ] Extended for year(s), for a total term of years.

[ ] The conditions of supervision should be modified as follows:

Reviewed/Approved by:

I declare under penalty of perjury that the foregoing is true and correct.
Respectfully submitted,

By

Brian McDonald
Supervising U.S. Probation Officer

Nicole Monteiro
U.S. Probation Officer
Date: 12/21/07

**THE COURT ORDERS**
[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Date

TOTAL P.004

AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

### APPEARANCE

Case Number: 08mj1079

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

WALDIR FRANCISCO DEOLIVEIRA

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 4/9/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA 92101 |
| | City    State    Zip Code |
| | (619) 234-8467    (619) 687-2666 |
| | Phone Number    Fax Number |

I hereby attest and certify on 4-11-08
That the foregoing document is a full, true and correct
copy of the original on file in my office
in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                )<br>                                                                )<br>                 Plaintiff,                                  )    Case No. 08mj1079<br>                                                                )<br>v.                                                               )<br>                                                                )    CERTIFICATE OF SERVICE<br>WALDIR FRANCISCO DEOLIVEIRA,    )<br>                                                                )<br>                 Defendant.                             )<br>_____)   | |

        Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

        United States Attorney's Office
        880 Front Street
        San Diego, CA  92101

Dated: April 9, 2008                               /s/ Erick L. Guzman
                                                                 ERICK L. GUZMAN
                                                                 Federal Defenders
                                                                 225 Broadway, Suite 900
                                                                 San Diego, CA 92101-5030
                                                                 (619) 234-8467 (tel)
                                                                 (619) 687-2666 (fax)
                                                                 E-mail: erick_guzman@fd.org

## MINUTES OF THE UNITED STATES DISTRICT COURT

USA v.   WALDIR DEOLIVEIRA   [1]   08MJ1079

The Honorable:   RUBEN B. BROOKS

Atty   ERIK GUZMAN OF F.D.   for   [1]   -   PDA

Atty   _____   for   []   -

Atty   AUSA: Michelle Pettit   for   []   -

RBBDC8-1: 1032-1038   6min

DETENTION HEARING NOT HELD.
MOTION FOR DETENTION - WITHDRAWN.
DEFT WAIVES DETENTION HRG WITHOUT PREJUDICE. ORDER FILED.
DEFT WAIVES ID/REMOVAL HEARING.
WAIVER OF ID/REMOVAL FILED.
WARRANT OF REMOVAL SUBMITTED.
DEFT ORDERED REMOVED F/W TO DISTRICT OF MASSACHUSETTS.

All pend dates - vacated

Date:   4/10/08

END OF FORM                           by   VTL

I hereby attest and certify on 4-10-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
        CLERK, U.S. DISTRICT COURT
        SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

FILED
APR -10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 08MJ1079 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER OF DETENTION ON THE DEFENDANT'S WAIVER OF BAIL PENDING TRIAL |
| WALDIR DEOLIVEIRA, | ) | |
| Defendant. | ) | |

In accordance with the Bail Reform Act of 1984, Title 18, United States Code, Section 3142(f), a detention hearing was scheduled and held on April 10, 2008, to determine whether the defendant WALDIR DEOLIVEIRA ("Defendant") should be held in custody pending trial and, if convicted, sentencing in the above-captioned matter. Assistant United States Attorney Michelle Pettit appeared on behalf of the United States and Erick L. Guzman, Esq. appeared on behalf of Defendant.

At the hearing on April 10, 2008, Defendant knowingly and voluntarily waived his right, on the record through counsel, to the setting of bail and a detention hearing. Based on the waiver, the Court orders that Defendant be detained pending trial, and, if convicted, sentencing in these matters, without prejudice or waiver of the right of Defendant to apply for bail and conditions of release at a later date, and without prejudice or waiver of the right of the United States to seek detention in the event of an application by Defendant for such relief.

08MJ1079

## ORDER

IT IS HEREBY ORDERED that Defendant be detained pending trial, and if convicted, sentencing in these matters.

IT IS FURTHER ORDERED that Defendant be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentence or being held in custody pending appeal. Defendant shall be afforded reasonable opportunity for private consultation with counsel.

While in custody, upon order of a court of the United States or upon the request of an attorney for the United States, the person in charge of the correctional facility shall deliver Defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding or any other appearance stipulated to by defense and government counsel.

This order is made without prejudice to modification by this Court and without prejudice to Defendant's exercise of his right to bail and a detention hearing at a future date.

IT IS SO ORDERED.

DATED: April 10, 2008

THE HONORABLE RUBEN B. BROOKS
United States Magistrate Judge
United States District Court for the
Southern District of California

Prepared by:

KAREN P. HEWITT
United States Attorney

/s/Michelle Pettit
MICHELLE PETTIT
Assistant United States Attorney

I hereby attest and certify on 4-11-08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By_____ Deputy

08MJ1079

AO 466A (Rev. 10/03) Waiver of Rule 5 & 5.1 Hearings

# UNITED STATES DISTRICT COURT

**FILED** APR - 10 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

Waldir Deoliveira
Defendant

WAIVER OF RULE 5(c) & 5.1(a) HEARINGS:
(Complaint/Indictment)
Proceedings Pending Outside So. Dist. of CA

CASE NUMBER: 08 MJ 01079

CHARGING DISTRICTS
CASE NUMBER: 04CR10016

I understand that charges are pending in the _____ District of Massachusetts alleging violation of 18 USC 3583 (Title and Section) and that I have been arrested in this district and taken before a judge, who has informed me of the charge(s) and my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) a preliminary hearing (unless an indictment has been returned or information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held in this district or the district of prosecution; and

(4) Request transfer of the proceedings to this district under Rule 20, Fed. R. Crim. P., in order to plead guilty.

**I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):**

(X) identity hearing

(X) preliminary hearing

( ) identity hearing but request a preliminary hearing be held in the prosecuting district and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

_____
Defendant

4/10/08
Date

_____
Defense Counsel

I hereby attest and certify on 4-11-08
That the foregoing document is a full, true and correct copy of the original on file in my office and in my legal custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

K:\COMMON\CSA\forms\2005\Waiver_R5.wpd

**PLEASE RECEIPT AND RETURN**

Warrant of Removal Probation/Supervised Release (After Waiver of Hearing)

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>**WALDIR DeOLIVEIRA**<br><br>To:  United States Marshal | Magistrate Case<br>No. **08MJ1079**<br><br>**WARRANT OF REMOVAL**<br>(After Waiver of Hearing)<br><br>**NOT FOR PUBLIC VIEW** |

A warrant having been issued in the District of Massachusetts, charging defendant **WALDIR DeOLIVEIRA** with violating a condition of supervised release, in violation of Title 18, United States Code, Section 3583, and the above-named defendant having been arrested in this district and, after waiving hearing, pursuant to Federal Rule of Criminal Procedure 32.1, having been committed by a United States Magistrate Judge to your custody pending his removal to that district,

You are hereby commanded to commit the above-named defendant forthwith to the District of Massachusetts and there deliver him to the United States Marshal for that district or to some other officer authorized to receive him.

_____
HON. RUBEN B. BROOKS
United States Magistrate Judge

Dated at San Diego, California, this _10th_ day of _April_, 2008.

### RETURN

District of Massachusetts (at Boston)          ss

Received the within warrant of removal the _____ day of _____, 2008, and executed same.

I hereby attest and certify on 4-11-08
That the foregoing document is a full, true and correct
copy of the original on file in my office and in my legal
custody.
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
By _____ Deputy

_____
U. S. Marshal

By _____
Deputy Marshal

MIP/tlp/April 9, 2008/Rev. 12/02